IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 4014 |
| DE PASQUALE STEEL ERECTORS, INC., an Illinois corporation, and DINO J. DEPASQUALE, an individual, | ) ) ) ) | JUDGE RONALD A. GUZMAN |
| Defendants. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DE PASQUALE STEEL ERECTORS, INC., an Illinois corporation, in the amount of $42,724.34, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,577.25.

On June 20, 2011, the Summons and Complaint was served on the Registered Agent for Defendant De Pasquale Steel Erectors, Inc. (by tendering a copy of said documents to Stacy Gray) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 11, 2011.

As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\De Pasquale Steel\motion.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>4th</u> day of <u>August 2011</u>:

        Mr. Scott A. Klein, Registered Agent
        De Pasquale Steel Erectors, Inc.
        3973 75th Street, Suite 102
        Aurora, IL   60504

        Mr. Dino J. Depasquale
        200 Ainsley Drive
        West Chicago, IL   60185

        /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\De Pasquale Steel\motion.pnr.df.wpd